# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3631

_____

In re:  Douglas Freeman; Lisa Freeman,　*
　　　　　　　　　　　　　　　　　　　　　*
　　　　　　　　　　　Debtors.　　　　　*
　　　　　　　　　　　　　　　　　　　　　*
_____　　　　　　　　　*
　　　　　　　　　　　　　　　　　　　　　*
Tod Hall,　　　　　　　　　　　　　　　*　　Appeal from the United States
　　　　　　　　　　　　　　　　　　　　　*　　District Court for the Eastern
　　　　　　　　Appellant,　　　　　　　*　　District of Arkansas.
　　　　　　　　　　　　　　　　　　　　　*
　　　　v.　　　　　　　　　　　　　　　*　　　　　[UNPUBLISHED]
　　　　　　　　　　　　　　　　　　　　　*
Douglas Freeman; Lisa Freeman,　　　*
　　　　　　　　　　　　　　　　　　　　　*
　　　　　　　　Appellees.　　　　　　　*

_____

Submitted:  April 22, 1999
Filed:  April 28, 1999

_____

Before BOWMAN,* Chief Judge, ROSS, and FAGG, Circuit Judges.

_____

PER CURIAM.

Having reviewed the record in the context of Tod Hall's contentions, we conclude the bankruptcy court and the district court correctly held the indebtedness in

---

*The Honorable Pasco M. Bowman stepped down as Chief Judge of the United States Court of Appeals for the Eighth Circuit at the end of the day on April 23, 1999. He has been succeeded by the Honorable Roger L. Wollman.

question was dischargeable, and an extended discussion is unnecessary.  We affirm for the reasons stated in the bankruptcy and the district court's rulings.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.